# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| MICHAEL E. KEELING, | : No. 3 EAP 2026 |
| | : |
| Appellant | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| MR. FAGAN AND MRS. NEWBERRY, | : |
| BOTH GRIEVANCE COORDINATOR'S | : |
| FOR DEPARTMENT OF CORRECTIONS, | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 20th day of March, 2026, the Notice of Appeal is QUASHED. *See* Pa.R.A.P. 341(b) (defining final orders).